**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 26 MM 2019
:
Respondent   :
:
:
:
v.   :
:
:
:
GLEN EDWARD POLSTER,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.